IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV-10-33-FHS |
| | ) |
| FRANCISCO OLMOS, LA MARGARITA MEXICAN RESTAURANT, OKMULGEE INN VENTURE, LLC, STEVE EARL PERRY, JR., MICHAEL WILSON, and RANDY JAMES, | ) |
| | ) |
| Defendants. | ) |

**ORDER AND JUDGMENT**

Pursuant to the Order of the Tenth Circuit Court of Appeals entered on December 8, 2011, reversing the earlier decision of this court in favor of plaintiff, this court now enters judgment in favor of the defendant Okmulgee Inn Venture, LLC on the issue of the duty to defend.

**IT IS SO ORDERED** this 11th day of June, 2012.

Frank H. Seay
United States District Judge

1